CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Humane Society of the United States, The Ocean Conservancy )
)
)
Plaintiff )
vs )   Civil Action No._____
)
Carlos M. Gutierrez, William T. Hogarth )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____All Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____All Plaintiffs_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

DC Bar No. 461163
BAR IDENTIFICATION NO.

Jonathan R. Lovvorn
Print Name

2100 L Street, NW
Address

Washington    D.C.    20037
City          State   Zip Code

(202) 955-3669
Phone Number