AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Humane Society of the United
States, The Ocean Conservancy,        )
          Plaintiff(s)        )        **APPEARANCE**
                  )
                  )
          vs.        )        CASE NUMBER    07-0333 (ESH)
Carlos M. Gutierrez, William T. Hogarth, )
                  )
          Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Sarah Uhlemann   as counsel in this
                                      (Attorney's Name)

case for:   The Humane Society of the United States, The Ocean Conservancy
                            (Name of party or parties)

March 7, 2007                                             *[signature: Sarah Uhl]*
Date                                                      Signature

                                                          Sarah Uhlemann
DC Bar No. 501328                                         Print Name
BAR IDENTIFICATION
                                                          2100 L Street, NW
                                                          Address

                                                          Washington, DC 20037
                                                          City        State        Zip Code

                                                          (202) 676-2334
                                                          Phone Number