UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 07-0333 (ESH) |
| CARLOS M. GUTIERREZ, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**AFFIDAVIT OF SERVICE**

I hereby certify that service of the Complaint and Summons in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was served via certified mail on February 20, 2007;

2. The United States Attorney General was served via certified mail on February 16, 2007;

3. Carlos M. Gutierrez, Secretary of the Department of Commerce, was served via certified mail on February 16, 2007;

4. William T. Hogarth, Assistant Administrator of Fisheries at NOAA Fisheries, was served via certified mail on February 13, 2007.

Certified mail receipts and delivery information from the United States Postal Service's website verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

                                                                         Respectfully Submitted,

                                                                          /s/ Sarah Uhlemann
                                                                        Sarah Uhlemann
                                                                        (D.C. Bar No. 501328)
                                                                        Jonathan R. Lovvorn
                                                                        (D.C. Bar No. 461163)
                                                                        THE HUMANE SOCIETY OF THE UNITED STATES
                                                                        2100 L Street, NW
                                                                        Washington, DC 20037
                                                                        (202) 676-2334

March 7, 2007                                          Attorneys for Plaintiffs

**Receipt 1 (top-left):**
- Tracking: 7006 0810 0006 5850 1166
- Postage: $1.11
- Certified Fee: $2.40
- Return Receipt Fee: $0.00
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $3.51
- Postmark: 02/12/2007
- Sent To: Jeffrey Taylor, U.S. Attorney
- Street: 555 4th St. NW
- City, State, ZIP+4: Washington, DC 20037

**Receipt 2 (top-right):**
- Tracking: 7006 0810 0006 5850 1159
- Postage: $1.11
- Certified Fee: $2.40
- Return Receipt Fee: $0.00
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $3.51
- Postmark: 02/12/2007
- Sent To: Carlos Gutierrez, Secr. of Commerce
- Street: 14th Street & Constitution Ave NW
- City, State, ZIP+4: Washington, DC 20230

**Receipt 3 (bottom-left):**
- Tracking: 7006 0810 0006 5850 1142
- Postage: $1.11
- Certified Fee: $2.40
- Return Receipt Fee: $0.00
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $3.51
- Postmark: 02/12/2007
- Sent To: Alberto Gonzales, Attorney General
- Street: 950 Pennsylvania Ave NW
- City, State, ZIP+4: Washington, DC 20530-0001

**Receipt 4 (bottom-right):**
- Tracking: 7006 0810 0006 5850 1135
- Postage: $1.11
- Certified Fee: $2.40
- Return Receipt Fee: $0.00
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $3.51
- Postmark: 02/12/2007
- Sent To: William Hogarth, NOAA AA for Fisheries
- Street: 1315 East-West Highway
- City, State, ZIP+4: Silver Spring, MD 20910



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0006 5850 1142**
Status: **Delivered**

Your item was delivered at 4:56 AM on February 16, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0006 5850 1166**
Status: **Delivered**

Your item was delivered at 4:57 AM on February 20, 2007 in WASHINGTON, DC 20530.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

  POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0006 5850 1135**
Status: **Delivered**

Your item was delivered at 8:47 AM on February 13, 2007 in SILVER SPRING, MD 20910.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

 POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy




Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0006 5850 1159**
Status: **Delivered**

Your item was delivered at 7:52 AM on February 16, 2007 in WASHINGTON, DC 20230.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

