## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) CARLOS M. GUTIERREZ, et al., ) ) Defendants. ) | Civ. No. 07-0333 (ESH) |

### PLAINTIFFS' NOTICE CONCERNING MAINE LOBSTERMEN'S ASSOCIATION'S MOTION TO INTERVENE

On April 16, 2007, Maine Lobstermen's Association ("MLA") moved to intervene in this action (Docket #7). As noted in Applicant-Intervenor's Motion to Intervene, Plaintiffs were unable to take a position at the time Applicant-Intervenors contacted Plaintiffs to confer pursuant Local Rule 7(m) because Plaintiffs had not had an opportunity to review the Motion or its supporting documents. Having now reviewed these materials, Plaintiffs hereby notify the Court that they oppose the motion and intend to file their response with the Court by April 30, 2007, as required by Local Rule 7(b) and Federal Rule of Civil Procedure 6(e).

Sincerely,

\_\_s/ Sarah Uhlemann\_\_\_\_
Sarah Uhlemann
DC Bar No. 501328
Jonathan R. Lovvorn
DC Bar No. 461163

The Humane Society of the United States
2100 L Street, N.W.
Washington, DC 20037
(202) 676-2334

          _s/ Sierra B. Weaver_____
          Sierra B. Weaver
          DC Bar No. 488560
          Coby Dolan
          DC Bar No. 483237

          The Ocean Conservancy
          2029 K Street, NW
          Washington, DC 20006
          (202) 351-0478

          *Attorneys for Plaintiffs*

April 18, 2007