# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE ) <br> UNITED STATES, et al. ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> CARLOS M. GUTIERREZ, et al. ) <br> ) <br>     Defendants. ) <br> ) <br> _____) | Case No. 1:07CV00333 (ESH) <br><br> NOTICE OF WITHDRAWAL AND <br> SUBSTITUTION OF COUNSEL |

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that JEAN E. WILLIAMS will henceforth be appearing in place of KRISTEN BYRNES FLOOM as counsel on behalf of Defendants in the captioned case.

Service of all papers by regular U.S. Mail may be made as follows:

MAILING ADDRESS:

    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369

OVERNIGHT DELIVERY/STREET ADDRESS

    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife and Marine Resources Section
    601 D Street, N.W.
    Washington, D.C. 20004

TELEPHONE NUMBERS

    Telephone: (202) 305-0210
    Facsimile: (202) 305-0275

<u>E-MAIL</u>

    Jean.Williams@usdoj.gov


Dated: May 14, 2007                    Respectfully submitted,

                                          MATTHEW J. MCKEOWN
                                          Acting Assistant Attorney General
                                          JEAN E. WILLIAMS, Chief
                                          SETH M. BARSKY, Assistant Chief
                                          U.S. Department of Justice
                                          Environment and Natural Resources Division
                                          Wildlife and Marine Resources Section

                                          <u>/s/ Kristen Byrnes Floom</u>
                                          KRISTEN BYRNES FLOOM, Trial Attorney
                                          DC Bar No. 469615
                                          P.O. Box 7369
                                          Washington, D.C. 20044-7369
                                          Telephone: (202) 305-0210
                                          Facsimile: (202) 305-0275
                                          Kristen.Floom@usdoj.gov

                                          Attorneys for Federal Defendants