IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 1:07CV00333 (ESH)<br>) |
| CARLOS M. GUTIERREZ, et al. | )<br>) |
| Defendants. | )<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

    PLEASE TAKE NOTICE that Jean E. Williams shall serve as counsel for the Federal Defendants in the captioned matter. Service of all papers may be made as follows:

<u>MAILING ADDRESS</u>:

    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369

<u>OVERNIGHT DELIVERY/STREET ADDRESS</u>

    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife and Marine Resources Section
    601 D Street, N.W.
    Washington, D.C. 20004

<u>TELEPHONE NUMBERS</u>

    Telephone: (202) 305-0210
    Facsimile: (202) 305-0275

<u>E-MAIL</u>

    Jean.Williams@usdoj.gov

| | |
|---|---|
| Dated: May 14, 2007 | Respectfully submitted, |
| | MATTHEW J. MCKEOWN<br>Acting Assistant Attorney General |
| | <u>/s/ Jean E. Williams</u><br>JEAN E. WILLIAMS, Chief<br>SETH M. BARSKY, Assistant Chief<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0210<br>Facsimile: (202) 305-0275<br>Jean.Williams@usdoj.gov |