UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, et al.** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | Civil Action No. 07-333 (ESH) |
| **CARLOS M. GUTIERREZ, et al.** | ) ) ) | |
| **Defendants.** | ) ) | |

**MEDIATION REFERRAL ORDER**

With the consent of the parties on May 14, 2007, it is hereby **ORDERED** that

1. This matter is referred for mediation to commence as of May 14, 2007.

2. The Clerk of the Court shall promptly furnish a copy of this order to the Circuit Executive who shall promptly assign a mediator.

3. Mediation efforts shall conclude by June 15, 2007.

4. If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

                                                    /s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

DATE: 5/14/2007