IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE CARLOS M. GUTIERREZ, *et al.*<br><br>Defendants. | Civ. No. 1:07-cv-00333-ESH |

**MAINE LOBSTERMEN'S ASSOCIATION'S DISCLOSURE AND CERTIFICATION OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to LCvR 7.1, movant Maine Lobstermen's Association ("MLA") submits the following certification:

I, David E. Frulla, counsel of record for MLA certify that to the best of my knowledge and belief, MLA does not have any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

Dated:  April 16, 2007

Respectfully submitted,

David E. Frulla  (D.C. Bar No. 414170)
Shaun M. Gehan (D.C. Bar No. 483720)
Andrew Minkiewicz (MA Bar No. 651209)
KELLEY DRYE & WARREN, LLP
3050 K Street, NW – Suite 400
Washington, DC  20007
Telephone:  (202) 342-8400
Facsimile: (202) 342-8451

Attorneys for Movant, Maine Lobstermen's Association