IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, et al. )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 1:07CV00333 (ESH) |

**NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

    PLEASE TAKE NOTICE that Meredith L. Flax enters her appearance as counsel for the Federal Defendants in the captioned matter. Service of all papers may be made as follows:

MAILING ADDRESS:

    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369

OVERNIGHT DELIVERY/STREET ADDRESS

    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife and Marine Resources Section
    601 D Street, N.W., Room 3908
    Washington, D.C.  20004

TELEPHONE NUMBERS

    Telephone: (202) 305-0404
    Facsimile:  (202) 305-0275

<u>E-MAIL</u>

    Meredith.Flax@usdoj.gov

Dated: May 15, 2007                    Respectfully submitted,

                                        MATTHEW J. MCKEOWN
                                      Acting Assistant Attorney General

                                        JEAN E. WILLIAMS, Chief
                                        SETH M. BARSKY, Assistant Chief


                                        <u>/s/ *Meredith L. Flax*</u>
                                        MEREDITH L. FLAX, Trial Attorney (DCB 468016)
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division
                                        Wildlife and Marine Resources Section
                                        P.O. Box 7369
                                        Washington, D.C. 20044-7369
                                        Telephone: (202) 305-0404
                                        Facsimile: (202) 305-0275
                                        Meredith.Flax@usdoj.gov