A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Humane Society of the United States, et al., )
        Plaintiff(s) )
                              )    **APPEARANCE**
                              )
        vs. )    CASE NUMBER  1:07-cv-00333
Gutierrez, )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Daniel S. Blynn  as counsel in this
                                      (Attorney's Name)

case for:  Intervenor-Defendant Maine Lobstermen's Association
                           (Name of party or parties)

| | |
|---|---|
| June 5, 2006 | *[signature]* |
| Date | Signature |
| | Daniel S. Blynn |
| 488934 | Print Name |
| BAR IDENTIFICATION | Kelley Drye & Warren LLP, 3050 K St., NW, Suite 400 |
| | Address |
| | Washington, DC 20007 |
| | City        State        Zip Code |
| | (202) 342-8400 |
| | Phone Number |