UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, 2100 L Street, NW Washington, DC 20037, <br><br> THE OCEAN CONSERVANCY, 2029 K Street, NW Washington, DC 20006, <br><br>        Plaintiffs, <br><br>    v. <br><br> CARLOS M. GUTIERREZ, Secretary of Commerce U.S. Department of Commerce 14th Street & Constitution Avenue, NW Washington, DC 20230, <br><br> WILLIAM T. HOGARTH, NOAA Assistant Administrator for Fisheries National Marine Fisheries Service 1315 East-West Highway Silver Spring, MD 20910 <br><br>        Defendants, <br><br> and <br><br> MAINE LOBSTERMEN'S ASSOCIATION 21 C Western Avenue, P.O. Box 1, Kennebunk, ME 04043 <br><br>        Defendant-Intervenor. | Case No: 1:07cv00333 - ESH <br><br> **NOTICE OF FILING STIPULATED SETTLEMENT AGREEMENT AND PROPOSED ORDER** |

PLEASE TAKE NOTICE that Plaintiffs, The Humane Society of the United States and The Ocean Conservancy, Federal Defendants, Carlos M. Gutierrez, Secretary of Commerce, and William T. Hogarth, Assistant Administrator for Fisheries at NOAA Fisheries, and Defendant-Intervenor Maine Lobstermen's Association, are filing the attached Stipulated Settlement Agreement and Proposed Order.

Dated: July 10, 2007                                Respectfully submitted,

                                                    RONALD J. TENPAS
                                                    Acting Assistant Attorney General
                                                    Environment and Natural Resources Division
                                                    JEAN E. WILLIAMS, Chief
                                                    SETH M. BARSKY, Assistant Chief
                                                    Wildlife and Marine Resources Section

                                                         /s/ *Meredith L. Flax*
                                                    MEREDITH L. FLAX
                                                    Trial Attorney (D.C. Bar No. 468016)
                                                    Wildlife and Marine Resources Section
                                                    Ben Franklin Station, P.O. Box 7369
                                                    Washington, D.C. 20044-7369
                                                    Tel: (202) 305-0404/Fax: (202) 305-0275

                                                    *Attorneys for Federal Defendants*

                                                         /s/ *Sarah Uhlemann*
                                                    SARAH UHLEMANN
                                                    D.C. Bar No. 501328
                                                    Jonathan Lovvorn
                                                    D.C. Bar No. 461163
                                                    The Human Society of the United States
                                                    2100 L Street, N.W.
                                                    Washington, D.C. 20037

                                                         /s/ *Sierra B. Weaver*
                                                    SIERRA B. WEAVER
                                                    D.C. Bar No. 488560
                                                    Coby Dolan
                                                    D.C. Bar No. 483237
                                                    The Ocean Conservancy

2029 K Street, N.W.
Washington, D.C. 20006

*Attorneys for Plaintiffs*

   /s/ *David E. Frulla*
DAVID E. FRULLA
D.C. Bar No. 414170
Shaun M. Gehan
D.C. Bar No. 483720
Andrew Minkiewicz
MA Bar No. 651209
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
Tel:  (202) 342-8400/Fax:  (202) 342-8451

*Attorneys for Defendant-Intervenor*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, 2100 L Street, NW Washington, DC 20037, | ) ) ) ) ) ) | |
| THE OCEAN CONSERVANCY, 2029 K Street, NW Washington, DC 20006, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No: 1:07cv00333 - ESH |
| CARLOS M. GUTIERREZ, Secretary of Commerce U.S. Department of Commerce 14th Street & Constitution Avenue, NW Washington, DC 20230, | ) ) ) ) ) ) ) | **STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER** |
| WILLIAM T. HOGARTH, NOAA Assistant Administrator for Fisheries National Marine Fisheries Service 1315 East-West Highway Silver Spring, MD 20910 | ) ) ) ) ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| MAINE LOBSTERMEN'S ASSOCIATION 21 C Western Avenue, P.O. Box 1, Kennebunk, ME 04043 | ) ) ) ) ) | |
| Defendant-Intervenor. | ) ) ) | |

Stipulated Settlement Agreement and [Proposed] Order
1

Plaintiffs, The Humane Society of the United States and The Ocean Conservancy, Federal Defendants, Carlos M. Gutierrez, Secretary of Commerce, and William T. Hogarth, Assistant Administrator for Fisheries at NOAA Fisheries, and Defendant-Intervenor Maine Lobstermen's Association, by and through their undersigned counsel, state as follows:

WHEREAS, on February 12, 2007 Plaintiffs filed a complaint for declaratory and injunctive relief, alleging that the National Marine Fisheries Service ("NMFS") failed to issue a final amended Atlantic Large Whale Take Reduction Plan and implementing regulations in violation of the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. §§ 1362–1421h, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1);

WHEREAS, the parties, through their authorized representatives, and without any admission or final adjudication of the issues of fact or law with respect to Plaintiffs' claims, have reached a settlement that they consider to be a just, fair, adequate, and equitable resolution of the disputes set forth in Plaintiffs' Complaint;

WHEREAS, the parties agree that settlement of this action in this manner is in the public interest and is an appropriate way to resolve the dispute between them;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. On or before October 1, 2007, NMFS shall submit to the *Federal Register* a final amended Atlantic Large Whale Take Reduction Plan and implementing regulations, pursuant to 16 U.S.C. § 1387(f)(7).

2. A party may seek to modify the deadline for the action specified in Paragraph 1 for good cause shown, consistent with the Federal Rules of Civil Procedure. In that event, or in the event that a party believes that any other party has failed to comply with any term or condition of this

Settlement Agreement ("Agreement"), the parties shall use the dispute resolution procedures specified in Paragraph 3.

3. The Order entering this Agreement may be modified by the Court upon good cause shown, consistent with the Federal Rules of Civil Procedure, by written stipulation between the parties filed with and approved by the Court, or upon written motion filed by one of the parties and granted by the Court. In the event that a party seeks to modify the terms of this Agreement, including the deadline for the action specified in Paragraph 1, or in the event of a dispute arising out of or relating to this Agreement, or in the event that a party believes that another party has failed to comply with any term or condition of this Agreement, the party seeking the modification, raising the dispute or seeking enforcement shall provide the other parties with written notice of the claim. The parties agree that they will meet and confer (in-person not required) at the earliest possible time in a good-faith effort to resolve the claim before bringing any matter to the Court. If the parties are unable to resolve the claim within ten days after the notice, a party may bring the claim to the Court. No party seeking to enforce this Agreement shall invoke the contempt powers of the Court in aid of enforcement of this Agreement.

4. The parties recognize that this Agreement requires only that Federal Defendants meet an agreed-upon deadline and does not limit NMFS's authority with regard to the substantive outcome of the final rule made pursuant to Paragraph 1, above. Plaintiffs agree that this stipulation only addresses the deadline to be met by Federal Defendants and that, to challenge any final rule issued in accordance with this Agreement, Plaintiffs will be required to file a separate action. Neither Plaintiffs nor Defendant-Intervenor waive their ability to challenge the substantive decision made by Federal Defendants pursuant to Paragraph 1, above, and Federal Defendants do not waive any applicable claims or defenses.

5. For purposes of this Agreement only, and without conceding liability for attorneys' fees or costs, Federal Defendants agree to pay Plaintiffs for attorneys' fees and costs, pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412, in the above-captioned litigation for a total of $40,000.00. Payment will be made by electronic funds transfer to The Humane Society of the United States, 2100 L Street, N.W., Washington, D.C. 20037.

      6. Plaintiffs agree to provide all information necessary for Federal Defendants to process the disbursement (including the payee's tax identification number and a complete and accurate NOAA Vendor Profile Form for electronic funds transfers), no later than ten (10) business days after receipt of the court order approving this stipulation. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fee award no later than thirty (30) business days after receipt of Plaintiffs' information necessary for processing the disbursement, as required by this paragraph.

      7. Plaintiffs agree to accept payment of $40,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs are entitled in the above-captioned litigation, through and including the date of this Agreement.

      8. Plaintiffs agree that receipt of this payment from Federal Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this matter, through and including the date of this Agreement.

      9. The parties agree that Plaintiffs reserve the right to seek additional fees and costs incurred subsequent to this Agreement arising from a need to enforce or defend against efforts to modify the underlying schedule outlined in Paragraph 1, or for any other unforeseen continuation of this action.

      10. By this agreement, Federal Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation, or continuation of the present action. Further, this stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

      11. No party shall use this Agreement or the terms herein as evidence of what does or does not constitute a reasonable time line for issuing a final amended take reduction plan and implementing regulations under 16 U.S.C. § 1387 in any other proceeding regarding the

implementation of the MMPA.

12. No provision of this Agreement shall be interpreted as, or constitute, a commitment or requirement that Federal Defendants take action in contravention of the MMPA, the APA, or any other law or regulation, either substantive or procedural.  Nothing in this Agreement shall be construed to limit or modify the discretion accorded to NMFS by the MMPA, the APA, or general principles of administrative law with respect to the procedures to be followed in making any determination required herein, or as to the substance of any final determination.

13.  No provision of this Agreement shall be interpreted as, or constitute, a commitment or requirement that Federal Defendants are obligated to spend funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341.

14.  The parties agree that this Agreement was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties.  By entering into this Agreement the parties do not waive any claim or defense.

15.  The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of this Agreement and do hereby agree to the terms herein.

16.  The terms of this Agreement shall become effective upon entry of an order by the Court ratifying the Agreement.

17.  Upon approval of this Agreement by the Court, all counts of Plaintiffs' Complaint shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

18.  Notwithstanding the dismissal of this action, the parties hereby stipulate and respectfully request that the Court retain jurisdiction to oversee compliance with the terms of this Agreement and to resolve any motions to modify such terms.  See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994).

Dated:  July 10, 2007                                              Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
Wildlife and Marine Resources Section

           /s/ *Meredith L. Flax*
MEREDITH L. FLAX
Trial Attorney (D.C. Bar No. 468016)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
Tel:  (202) 305-0404/Fax: (202) 305-0275

*Attorneys for Federal Defendants*

           /s/ *Sarah Uhlemann*
SARAH UHLEMANN
D.C. Bar No. 501328
Jonathan Lovvorn
D.C. Bar No. 461163
The Human Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037

           /s/ *Sierra B. Weaver*
SIERRA B. WEAVER
D.C. Bar No. 488560
Coby Dolan
D.C. Bar No. 483237
The Ocean Conservancy
2029 K Street, N.W.
Washington, D.C. 20006

*Attorneys for Plaintiffs*

            /s/ *David E. Frulla*
DAVID E. FRULLA
D.C. Bar No. 414170
Shaun M. Gehan

            D.C. Bar No. 483720
            Andrew Minkiewicz
            MA Bar No. 651209
            Kelley Drye & Warren, LLP
            3050 K Street, N.W., Suite 400
            Washington, D.C. 20007
            Tel:  (202) 342-8400/Fax:  (202) 342-8451

*Attorneys for Defendant-Intervenor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, 2100 L Street, NW Washington, DC 20037, | ) ) ) ) ) |
| THE OCEAN CONSERVANCY, 2029 K Street, NW Washington, DC 20006, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No: 1:07cv00333 - ESH |
| CARLOS M. GUTIERREZ, Secretary of Commerce U.S. Department of Commerce 14th Street & Constitution Avenue, NW Washington, DC 20230, | ) ) ) **[PROPOSED] ORDER** ) ) ) |
| WILLIAM T. HOGARTH, NOAA Assistant Administrator for Fisheries National Marine Fisheries Service 1315 East-West Highway Silver Spring, MD 20910 | ) ) ) ) ) ) |
| Defendants, | ) |
| and | ) |
| MAINE LOBSTERMEN'S ASSOCIATION 21 C Western Avenue, P.O. Box 1, Kennebunk, ME 04043 | ) ) ) ) |
| Defendant-Intervenor. | ) |

Stipulated Settlement Agreement and [Proposed] Order
8

**[PROPOSED] ORDER**

The terms and conditions of this Stipulated Settlement Agreement are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

Dated:  this _____ day of _____ 2007.

_____
United States District Judge