IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, <br><br>　　Plaintiffs, <br><br>v. <br><br>THE HONORABLE <br>CARLOS M. GUTIERREZ, *et al.* <br><br>　　Defendants, <br><br>MAINE LOBSTERMEN'S ASSOCIATION, <br><br>　　Intervenor-Defendant | Civ. No. 1:07-cv-00333-ESH |

## INTERVENOR-DEFENDANT'S SEPARATE STATEMENT RELATING TO SETTLEMENT AGREEMENT

Intervenor-Defendant Maine Lobstermen's Association ("MLA") has joined the settlement in this action, but submits this Separate Statement to express its reservations and concerns regarding the Settlement Agreement.

As an initial matter, MLA strongly believes the Defendants would have prevailed in this action, had it proceeded to judgment. In this Circuit, courts order agency action only to address extreme cases of delay, even in instances where a statutory deadline had elapsed. Such an extreme situation was not presented. Further, a valid question of law exists regarding whether the statutory deadline relied upon by the Plaintiffs in their complaint was applicable to the amendment of the ALWTRP regulations.

MLA is also concerned by how much the settlement rulemaking submission deadline of October 1, 2007, varies from the representations the Federal Defendants made to the Court that they would need until the Winter of 2008 to complete the rule. While the Settlement Agreement does not specify how the Federal Government will meet the October 1st deadline, MLA fears that the inter-agency review and public comment processes will be what suffer. Both inter-agency review and public comment are critical components of any rulemaking, especially a rulemaking such as this, with its significant potential economic costs.

Notwithstanding the shortened time line, NMFS has had long enough to craft a rule that better accommodates the respective interests in whale conservation and economic viability for the Maine lobster fishery. MLA agrees to the Settlement Agreement and will continue to work with all the parties of this litigation to produce regulations which properly protect whales from entanglement in lobster gear, but do not prevent lobster fishing from occurring off the coast of Maine.

Dated: July 10, 2007                    Respectfully submitted,

/s/
David E. Frulla (D.C. Bar No. 414170)
Shaun M. Gehan (D.C. Bar No. 483720)
Daniel S. Blynn (D.C. Bar No. 488934)
KELLEY DRYE & WARREN, LLP
3050 K Street, N.W. – Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

*Attorneys for Intervenor-Defendant,*
*Maine Lobstermen's Association*