IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, <br> 2100 L Street, NW <br> Washington, DC 20037, <br><br> THE OCEAN CONSERVANCY, <br> 2029 K Street, NW <br> Washington, DC 20006, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, <br> Secretary of Commerce <br> U.S. Department of Commerce <br> 14th Street & Constitution Avenue, NW <br> Washington, DC 20230, <br><br> WILLIAM T. HOGARTH, <br> NOAA Assistant Administrator <br> for Fisheries <br> National Marine Fisheries Service <br> 1315 East-West Highway <br> Silver Spring, MD 20910 <br><br> Defendants, <br><br> and <br><br> MAINE LOBSTERMEN'S ASSOCIATION <br> 21 C Western Avenue, <br> P.O. Box 1, <br> Kennebunk, ME 04043 <br><br> Defendant-Intervenor. | FILED <br> JUL 1 1 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br> Case No: 1:07cv00333 - ESH <br><br> [~~PROPOSED~~] ORDER |

Stipulated Settlement Agreement and [Proposed] Order
8

**[PROPOSED] ORDER**

The terms and conditions of this Stipulated Settlement Agreement are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

Dated: this __10__ day of __July__ 2007.

_____
United States District Judge